Dismissed and Memorandum Opinion filed May 21, 2009








Dismissed
and Memorandum Opinion filed May 21, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00208-CR

____________

 

EX PARTE GERALD
DWAYNE CARLINE

 

 



 

On Appeal from the 230th District
Court

Harris County, Texas

Trial Court Cause No. 1200702

 



 

M E M O R A N D U M   O P I N I O N

Appellant
was charged with manufacturing with intent to deliver between 28 and 400 grams
of a controlled substance.  Appellant filed a pre-trial application for writ of
habeas corpus asking the trial court to set a reasonable bond.  The trial court
set pre-trial bond at $200,000 and dismissed the application.  Appellant then
filed a notice of appeal.  

On May
12, 2009, appellant filed a motion to dismiss the appeal because the issues in
this appeal have been rendered moot.  According to the motion, appellant
entered a guilty plea to possession of a controlled substance and was sentenced
to confinement for two years in the Institutional Division of the Texas
Department of Criminal Justice.  








Appellant=s plea renders the issue of pretrial
bond moot.  See Ex parte Morgan, 335 S.W.2d 766, 766 (Tex. Crim. App.
1960);  Ex parte Bennet, 818 S.W.2d 199, 200 (Tex. App.CHouston [14th Dist.] 1991, no pet.)
(stating that Awhere the premise of a habeas corpus application is destroyed by
subsequent developments, the legal issues raised thereunder are rendered moot@).  

Accordingly,
we dismiss this appeal as moot.  

 

PER CURIAM

 

Panel consists of Chief Justice Hedges and Justices Yates
and Frost. 

Do Not Publish C Tex. R. App. P. 47.2(b).